**Electronically Filed**
**Supreme Court**
**SCWC-29636**
**15-APR-2014**
**08:54 AM**

SCWC-29636

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DONALD J. LANGER and DAVID LANGER,
Respondents/Plaintiffs-Appellants,

vs.

RONALD RICE, Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29636; CIV. NO. 07-1-1340)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Nacino, assigned by reason of vacancy)

Petitioner/Defendant-Appellee Ronald Rice's application

for writ of certiorari filed on March 14, 2014, is hereby

rejected.

DATED: Honolulu, Hawaiʻi, April 15, 2014.

David W. Proudfoot and
James R. McGiboon for
petitioner

Richard Turbin, Rai Saint
Chu, Janice D. Heidt, and
David A. Vekulja for
respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Edwin C. Nacino

